UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

VENTURE GLOBAL ENGINEERING, LLC, a Michigan limited liability company, and THE LARRY J. WINGET LIVING TRUST, a trust organized under Michigan law,

    *Plaintiffs*,

vs.

SATYAM COMPUTER SERVICES, LTD, [n/k/a Mahindra Satyam],

    *Defendant.*

Case No. 2:10-cv-15142

Honorable Denise Page Hood
(Magistrate Judge R. Steven Whalen)

## STIPULATION

IT IS HEREBY STIPULATED and AGREED by and between the undersigned that the time for Defendant SATYAM COMPUTER SERVICES, LTD to answer or move with respect to the Complaint is hereby extended through and including February 22, 2011. This Stipulation may be executed in counterparts and may contain facsimile signatures, each of which shall be deemed an original.

John E. Anding (P30356)
Thomas V. Hubbard (P60575)
Theodore J. Westbrook (P70834)
DREW COOPER & ANDING, PC
Aldrich Place, Suite 200
80 Ottowa Avenue NW
Grand Rapids, MI 49503
(616) 454-8300
*Attorneys for Plaintiffs*

Bradley I. Ruskin*
Jordan B. Leader*
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
(212) 969-3000
*Attorneys for Defendant*

*Admitted in the Eastern District of Michigan

SO ORDERED:

s/DENISE PAGE HOOD
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

Date: 2/4/11