UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

VENTURE GLOBAL ENGINEERING,
LLC, a Michigan limited liability
company, and THE LARRY J. WINGET
LIVING TRUST, a trust organized
under Michigan law,

        *Plaintiffs*,        Case No.  2:10-cv-15142

    *vs*.        Honorable Denise Page Hood
        (Magistrate Judge R. Steven Whalen)

SATYAM COMPUTER SERVICES,
LTD, [n/k/a Mahindra Satyam],

        *Defendant.*
_____/

**SATYAM COMPUTER SERVICES, LTD.'S MOTION TO FILE BRIEF
IN EXCESS OF TWENTY PAGES PURSUANT TO LR 7.1(d)(3)(A)**

    Defendant Satyam Computer Services, Ltd. ("Satyam"), by its attorneys, Proskauer Rose LLP, hereby moves for permission for four extra pages only to file its twenty-four (24) page memorandum of law in support of its Motion to Dismiss, submitted herewith, and states as follows:

    On December 28, 2010, Plaintiffs Venture Global Engineering, LLC ("VGE") and The Larry J. Winget Living Trust (the "Trust") (collectively, the "Plaintiffs") filed a twenty-seven (27) page Complaint (with 75 pages of attachments) alleging claims of Civil RICO under § 1962(c), fraud in the inducement, fraud, and fraudulent concealment.

    The number and complexity of the claims and factual allegations raised by Plaintiffs in their Complaint, the numerous bases on which this Court should dismiss Plaintiffs' claims, as well as the extensive procedural history of the prior proceedings between Satyam and VGE that

are pertinent to the motion, necessitated that the Memorandum of Law in Support of the Motion to Dismiss exceeded the twenty-page limit set forth in L.R. 7.1(d)(3)(A) by four extra pages.

WHEREFORE, Satyam respectfully requests that this Court permit it to file its Memorandum of Law with four extra pages.

Dated: February 22, 2011

/s/ Bradley I. Ruskin
Bradley I. Ruskin*
Jordan B. Leader*
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
(212) 969-3000
bruskin@proskauer.com
jleader@proskauer.com
*Attorneys for Defendant*

* *Admitted in the Eastern District of Michigan*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2011, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

/s/ Bradley I. Ruskin
Bradley I. Ruskin*
Jordan B. Leader*
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
(212) 969-3000
bruskin@proskauer.com
jleader@proskauer.com
*Attorneys for Defendant*

*\* Admitted in the Eastern District of Michigan*