UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

VENTURE GLOBAL ENGINEERING,
LLC, a Michigan limited liability
company, and THE LARRY J. WINGET
LIVING TRUST, a trust organized
under Michigan law,

        *Plaintiffs*,        Case No.  2:10-cv-15142

    *vs.*        Honorable Denise Page Hood
        (Magistrate Judge R. Steven Whalen)

SATYAM COMPUTER SERVICES,
LTD, [n/k/a Mahindra Satyam],

        *Defendant.*
_____/

## DEFENDANT SATYAM COMPUTER SERVICES, LTD'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Satyam Computer Services Limited ("Satyam"), by and through its attorneys Proskauer Rose LLP, hereby submits this Disclosure Statement.

Satyam has no parent corporation.

Venturbay Consultants Private Limited ("Venturbay") owns more than 10% of Satyam's stock.  Venturbay is wholly owned by Tech Mahindra Limited, a publicly held company.

Dated: February 23, 2011

        *s/ Jordan B. Leader*
        Bradley I. Ruskin*
        Jordan B. Leader*
        Alison M. Haddock
        PROSKAUER ROSE LLP
        Eleven Times Square
        New York, NY 10036
        (212) 969-3000
        bruskin@proskauer.com
        jleader@proskauer.com
        *Attorneys for Defendant*

        *\* Admitted in the Eastern District of Michigan*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 23, 2011, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

                                                */s/ Jordan B. Leader*
                                                Bradley I. Ruskin*
                                                Jordan B. Leader*
                                                Alison M. Haddock
                                                PROSKAUER ROSE LLP
                                                Eleven Times Square
                                                New York, NY 10036
                                                (212) 969-3000
                                                bruskin@proskauer.com
                                                jleader@proskauer.com
                                                *Attorneys for Defendant*

                                                *\* Admitted in the Eastern District of Michigan*