UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

VENTURE GLOBAL ENGINEERING,
LLC, a Michigan limited liability company,
and THE LARRY J. WINGET LIVING
TRUST, a trust organized under Michigan law,   Case No. 2:10-cv-15142

    Plaintiffs,   Hon. Denise Page Hood

v.

(Magistrate Judge R. Steven Whalen)

SATYAM COMPUTER SERVICES,
LTD. [n/k/a Mahindra Satyam],

    Defendant.

---

| | |
|---|---|
| John E. Anding (P30356) | Bradley I. Ruskin |
| Thomas V. Hubbard (P60575) | Jordan B. Leader |
| Theodore J. Westbrook (P70834) | **PROSKAUER ROSE LLP** |
| **DREW COOPER & ANDING, PC** | Attorneys for Defendant |
| Attorneys for Plaintiffs | Eleven Times Square |
| Aldrich Place, Suite 200 | New York, NY 10036 |
| 80 Ottawa Avenue, N.W. | (212) 969-3000 |
| Grand Rapids, MI 49503 | bruskin@proskauer.com |
| (616) 454-8300 | jleader@proskauer.com |
| janding@dcadvocate.com | |
| thubbard@dcadvocate.com | |
| twestbrook@dcadvocate.com | |

---

## **STIPULATION AND ORDER**

    IT IS HEREBY STIPULATED and AGREED by and between the undersigned that the time for Plaintiffs Venture Global Engineering, LLC and The Larry J. Winget Living Trust to respond to Defendant Satyam Computer Services, Ltd.'s Motion to Dismiss Plaintiffs' Complaint is hereby extended through and including April 1, 2011.

IT IS ALSO HEREBY STIPULATED and AGREED by and between the undersigned that the time for Defendant Satyam Computer Services, Ltd. to serve its Reply Brief in Support of its Motion to Dismiss Plaintiffs' Complaint is hereby extended through and including April 20, 2011.

This Stipulation may be executed in counterparts and may contain facsimile signatures, each of which shall be deemed an original.

Dated: March 2, 2011

| | |
|---|---|
| /s/ Thomas V. Hubbard | /s/ Jordan B. Leader |
| John E. Anding (P30356) | Bradley I. Ruskin* |
| Thomas V. Hubbard (P60575) | Jordan B. Leader* |
| Theodore J. Westbrook (P70834) | **PROSKAUER ROSE LLP** |
| **DREW COOPER & ANDING, PC** | Eleven Times Square |
| Aldrich Place, Suite 200 | New York, NY 10036 |
| 80 Ottawa Avenue NW | (212) 969-3000/(212) 969-2900 [fax] |
| Grand Rapids, MI 49503 | bruskin@proskauer.com* |
| (616) 454-8300/(616) 454-0036 [fax] | jleader@proskauer.com* |
| janding@dcadvocate.com | *Attorneys for Defendant* |
| thubbard@dcadvocate.com | |
| twestbrook@dcadvocate.com | *Admitted in the Eastern District of Michigan |
| *Attorneys for Plaintiffs* | |

## ORDER

IT IS SO ORDERED:

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

Date:  March 9, 2011