UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

VENTURE GLOBAL ENGINEERING,
LLC, a Michigan limited liability
company, and THE LARRY J. WINGET
LIVING TRUST, a trust organized
under Michigan law,

    *Plaintiffs*,    Case No.  2:10-cv-15142

 *vs*.    Honorable Denise Page Hood
    (Magistrate Judge R. Steven Whalen)

SATYAM COMPUTER SERVICES,
LTD, [n/k/a Mahindra Satyam],

    *Defendant.*
_____/

ORDER ON
DEFENDANT SATYAM COMPUTER SERVICES, LTD.'S MOTION TO FILE BRIEF
IN EXCESS OF TWENTY PAGES PURSUANT TO LR 7.1(d)(3)(A)

**THIS MATTER BEFORE THE COURT** upon Plaintiffs Venture Global Engineering, LLC and The Larry J. Winget Living Trust's (collectively, "Plaintiffs") Complaint filed on December 28, 2010 against Defendant Satyam Computer Services Ltd. ("Satyam");

**AND UPON** Satyam's Motion to Dismiss Plaintiff's Complaint, filed on February 22, 2011, along with a supporting memorandum of law, declaration of Jordan B. Leader and exhibits attached thereto;

**AND UPON** Satyam's Motion to File a Brief in Excess of Twenty Pages Pursuant to LR 7.1(d)(3)(A), filed on February 22, 2011 ("Satyam's Motion"), requesting that this Court permit Satyam to file its memorandum of law in support of its motion to dismiss with four pages in excess of the twenty-page limit set forth in L.R. 7.1(d)(3)(A) for the reasons set out in Satyam's Motion;

2

**IT IS HEREBY ORDERED** that Satyam's Motion is **GRANTED.**

**IT IS SO ORDERED**

Dated: March 9, 2011

s/Denise Page Hood
Honorable Denise Page Hood
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2011, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

>/s/ Jordan B. Leader
>Bradley I. Ruskin*
>Jordan B. Leader*
>Alison M. Haddock
>PROSKAUER ROSE LLP
>Eleven Times Square
>New York, NY 10036
>(212) 969-3000
>bruskin@proskauer.com
>jleader@proskauer.com
>*Attorneys for Defendant*
>
>*\* Admitted in the Eastern District of Michigan*