UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Venture Global Engineering,
LLC, et al.,

                    Plaintiff(s),

v.                                  Case No. 2:10−cv−15142−DPH−RSW
                                                Hon. Denise Page Hood

Satyam Computer Services,
Ltd.,

                    Defendant(s).

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before the Honorable Denise Page Hood at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.  The following motion(s) are scheduled for hearing:

    Motion to Dismiss − #14

- MOTION HEARING:  6/22/11 at 03:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                      By: s/ L. Saulsberry
                                                Case Manager

Dated:  March 17, 2011