UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

VENTURE GLOBAL ENGINEERING,
LLC, a Michigan limited liability company,
and THE LARRY J. WINGET LIVING
TRUST, a trust organized under Michigan law,   Case No. 2:10-cv-15142

    Plaintiffs,   Hon. Denise Page Hood

v.   Magistrate Judge R. Steven Whalen

SATYAM COMPUTER SERVICES,
LTD. [n/k/a Mahindra Satyam],

    Defendant.

---

| | |
|---|---|
| John E. Anding (P30356) | Bradley I. Ruskin |
| Thomas V. Hubbard (P60575) | Jordan B. Leader |
| Theodore J. Westbrook (P70834) | Proskauer Rose LLP |
| Drew Cooper & Anding, P.C. | Attorneys for Defendant |
| Attorneys for Plaintiffs | Eleven Times Square |
| Aldrich Place, Suite 200 | New York, NY 10036 |
| 80 Ottawa Avenue, N.W. | (212) 969-3000 |
| Grand Rapids, MI 49503 | bruskin@proskauer.com |
| (616) 454-8300 | jleader@proskauer.com |
| janding@dca-lawyers.com | |
| thubbard@dca-lawyers.com | |
| twestbrook@dca-lawyers.com | |

---

## PLAINTIFFS' MOTION TO FILE RESPONSE
## IN EXCESS OF PAGE LIMIT

    Plaintiffs Venture Global Engineering, LLC ("VGE") and The Larry J. Winget Living Trust ("Winget"), through their attorneys, Drew, Cooper & Anding, respectfully request that the Court allow Plaintiffs to file their Response to Defendant's Motion to Dismiss (Dkt. No. 14) in excess of the twenty (20) page limit established by L. Civ. R. 7.1(c)(3)(A), and state as follows:

    1.    Due to the complexity and number of issues addressed in Defendant's Motion, Plaintiffs require ten (10) additional pages to adequately respond to these issues.

    2.    Defendant's brief in support of its Motion exceeded the page limitation set forth in L. Civ. R. 7.1(c)(3)(A).  This Court granted Plaintiff's Motion to file a brief in excess of the page limitation (Dkt. No. 13).

    3.    In accordance with L. Civ. R. 7.1(d), Plaintiffs sought concurrence in the present Motion by both telephone and email transmission, but concurrence was not forthcoming.

WHEREFORE, Plaintiffs respectfully request that the Court allow them to file their Response in excess of the standard twenty (20) page limit.

Dated:  April 1, 2011

/s/ Thomas V. Hubbard  
John E. Anding (P30356)  
Thomas V. Hubbard (P60575)  
Theodore J. Westbrook (P70834)  
Drew, Cooper & Anding, P.C.  
Attorneys for Plaintiffs  
Aldrich Place, Suite 200  
80 Ottawa Avenue NW  
Grand Rapids, MI 49503  
Ph:     (616) 454-8300  
janding@dca-lawyers.com  
thubbard@dca-lawyers.com  
twestbrook@dca-lawyers.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 1, 2011, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

Dated:  April 1, 2011
/s/ Thomas V. Hubbard
John E. Anding (P30356)
Thomas V. Hubbard (P60575)
Theodore J. Westbrook (P70834)
Drew, Cooper & Anding, P.C.
Attorneys for Plaintiffs
Aldrich Place, Suite 200
80 Ottawa Avenue NW
Grand Rapids, MI 49503
Ph:     (616) 454-8300
janding@dca-lawyers.com
thubbard@dca-lawyers.com
twestbrook@dca-lawyers.com

I:\JEATeam\2696-01\PLEADINGS\Mtn Excess Pgs (Resp MTD) (120136)