UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

VENTURE GLOBAL ENGINEERING,
LLC, a Michigan limited liability company,
and THE LARRY J. WINGET LIVING
TRUST, a trust organized under Michigan law,

    Plaintiffs,

v.

SATYAM COMPUTER SERVICES,
LTD. [n/k/a Mahindra Satyam],

    Defendant.

Case No. 2:10-cv-15142

Hon. Denise Page Hood

Magistrate Judge R. Steven Whalen

---

| | |
|---|---|
| John E. Anding (P30356)<br>Thomas V. Hubbard (P60575)<br>Theodore J. Westbrook (P70834)<br>Drew Cooper & Anding, P.C.<br>Attorneys for Plaintiffs<br>Aldrich Place, Suite 200<br>80 Ottawa Avenue, N.W.<br>Grand Rapids, MI 49503<br>(616) 454-8300<br>janding@dca-lawyers.com<br>thubbard@dca-lawyers.com<br>twestbrook@dca-lawyers.com | Bradley I. Ruskin<br>Jordan B. Leader<br>Proskauer Rose LLP<br>Attorneys for Defendant<br>Eleven Times Square<br>New York, NY 10036<br>(212) 969-3000<br>bruskin@proskauer.com<br>jleader@proskauer.com |

---

### ORDER GRANTING PLAINTIFFS' MOTION
### TO FILE RESPONSE IN EXCESS OF PAGE LIMIT

    Whereas Plaintiffs filed a Motion to File Response in Excess of Page Limit submitted April 1, 2011, requesting that this Court permit Venture Global Engineering, LLC and the Larry J. Winget Living Trust to file their Response to Defendant's Motion to Dismiss [Dkt. No. 14] in excess of the twenty (20) page limit established by L. Civ. R. 7.1(c)(3)(A), and the Court being fully apprised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiffs' Motion is hereby GRANTED.

Dated: <u>April 12, 2011</u>                     <u>s/Denise Page Hood         </u>
                                                  Hon. Denise Page Hood
                                                  U.S. District Court Judge

I:\JEATeam\2696-04\PLEADINGS\Proposed Order (125113)