UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VENTURE GLOBAL ENGINEERING,
LLC, a Michigan limited liability company,
and THE LARRY J. WINGET LIVING
TRUST, a trust organized under Michigan
law,

   Plaintiffs,

v.

SATYAM COMPUTER SERVICES,
LTD. [n/k/a Mahindra Satyam],

   Defendant.

Case No. 2:10-cv-15142

Hon. Denise Page Hood

(Magistrate Judge R. Steven Whalen)

| | |
|---|---|
| John E. Anding (P30356) | Bradley I. Ruskin* |
| Thomas V. Hubbard (P60575) | Jordan B. Leader* |
| Theodore J. Westbrook (P70834) | PROSKAUER ROSE LLP |
| DREW COOPER & ANDING, PC | Attorneys for Defendant |
| Attorneys for Plaintiffs | Eleven Times Square |
| Aldrich Place, Suite 200 | New York, NY 10036 |
| 80 Ottawa Avenue, N.W. | (212) 969-3000 |
| Grand Rapids, MI 49503 | bruskin@proskauer.corn |
| (616) 454-8300 | jleader@proskauer.com |
| janding@dcadvocate.com | |
| thubbard@dcadvocate.com | *_Admitted in the Eastern_ |
| twestbrook@dcadvocate.com |  _District of Michigan_ |

**ORDER ON DEFENDANT SATYAM COMPUTER SERVICES, LTD.'S MOTION TO FILE REPLY BRIEF IN EXCESS OF FIVE PAGES PURSUANT TO LR 7.1(d)(3)(B)**

  **THIS MATTER BEFORE THE COURT** upon Plaintiffs Venture Global Engineering,

LLC and The Larry J. Winget Living Trust's (collectively, "Plaintiffs") Complaint filed on

December 28, 2010 against Defendant Satyam Computer Services Ltd. ("Satyam");

**AND UPON** Satyam's Reply Memorandum of Law in Further Support of Defendant Satyam Computer Services, LTD's Motion to Dismiss Plaintiffs' Complaint, filed on April 20, 2011;

**AND UPON** Satyam's Motion to File a Reply Brief in Excess of Five Pages Pursuant to LR 7.1(d)(3)(B), filed on April 20, 2011 ("Satyam's Motion"), requesting that this Court permit Satyam to file its memorandum of law in support of its motion to dismiss with two pages in excess of the five-page limit set forth in L.R. 7.1(d)(3)(B) for the reasons set out in Satyam's Motion;

**IT IS HEREBY ORDERED** that Satyam's Motion is **GRANTED.**

**IT IS SO ORDERED**

Dated:  April 25, 2011

                                          s/Denise Page Hood
                                          Honorable Denise Page Hood
                                          United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2011, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

                                                */s/ Jordan B. Leader*
                                                Bradley I. Ruskin*
                                                Jordan B. Leader*
                                                PROSKAUER ROSE LLP
                                                Eleven Times Square
                                                New York, NY 10036
                                                (212) 969-3000
                                                bruskin@proskauer.com
                                                jleader@proskauer.com
                                                *Attorneys for Defendant*

                                                *\* Admitted in the Eastern District of Michigan*