**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

VENTURE GLOBAL ENGINEERING, LLC, and
THE LARRY J. WINGET LIVING TRUST,

    Plaintiffs,

v.                                                                         Case No. 10-15142

SATYAM COMPUTER SERVICES LTD, n/k/a
MAHINDRA SATYAM,

    Defendant.
_____/

**ORDER DIRECTING DEFENDANT TO FILE
AN ANSWER AND PRELIMINARY MOTIONS**

On November 22, 2013, the court granted Plaintiffs leave to file an amended complaint. On December 3, 2013, Plaintiffs filed their first amended complaint. It has come to the court's attention that the court did not specifically order Defendant to answer the complaint or ordain the timing of any preliminary motions. Accordingly,

Defendant is ORDERED to answer Plaintiffs' complaint by **December 27, 2013**.

Defendant is DIRECTED to file any preliminary motions by **January 22, 2014**. If Defendant chooses to file no preliminary motions, counsel are DIRECTED to confer pursuant to Rule 26, and file a joint Rule 26(f) plan by **January 22, 2014**. The court will thereafter schedule a further status conference by telephone.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: December 11, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 11, 2013, by electronic and/or ordinary mail.

                                 s/Lisa Wagner
                                 Case Manager and Deputy Clerk
                                 (313) 234-5522