UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VENTURE GLOBAL ENGINEERING, LLC, a Michigan limited liability company, and THE LARRY J. WINGET LIVING TRUST, a trust organized under Michigan law, | Case No. 2:10-cv-15142<br><br>Hon. Robert H. Cleland<br><br>Magistrate Judge Laurie J. Michelson |
| Plaintiffs, | |
| v. | |
| SATYAM COMPUTER SERVICES, LTD. [n/k/a Mahindra Satyam], | |
| Defendant. | |

| | |
|---|---|
| John E. Anding (P30356)<br>Thomas V. Hubbard (P60575)<br>Theodore J. Westbrook (P70834)<br>Drew Cooper & Anding, P.C.<br>Attorneys for Plaintiffs<br>Aldrich Place, Suite 200<br>80 Ottawa Avenue, N.W.<br>Grand Rapids, MI 49503<br>(616) 454-8300<br>janding@dca-lawyers.com<br>thubbard@dca-lawyers.com<br>twestbrook@dca-lawyers.com | Bradley I. Ruskin<br>Jordan B. Leader<br>Proskauer Rose LLP<br>Attorneys for Defendant<br>Eleven Times Square<br>New York, NY 10036<br>(212) 969-3000<br>bruskin@proskauer.com<br>jleader@proskauer.com<br><br>Morley Witus<br>Barris, Sott, Denn, Driker, PLLC<br>Attorneys for Defendant<br>211 W. Fort Street<br>15th Floor<br>Detroit, MI 48226<br>(313) 965-9725<br>MWitus@bsdd.com |

**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**

The parties in the above-captioned case, by and through their counsel of record, hereby stipulate as follows:

1. Unforeseen scheduling issues have arisen requiring the parties to seek a short extension of the briefing schedule associated with Defendant Satyam Computer Services, Ltd.'s Motion to Dismiss, or, in the alternative, to Compel Arbitration (Dkt. 57).

2. The parties hereby stipulate that the time for Plaintiffs Venture Global Engineering, LLC and the Larry J. Winget Living Trust to file their Response to Defendant Satyam Computer Services, Ltd.'s Motion to Dismiss, or, in the alternative, to Compel Arbitration (Dkt. 57) is extended one week from the current deadline of February 21, 2014, until and including February 28, 2014.

3. The parties further stipulate that Defendant's time to file a Reply to Plaintiffs' Response is extended until and including March 17, 2014.

WHEREFORE, the parties request the Court enter an Order extending the due date for Plaintiffs' Response to Dkt. 57 to February 28, 2014 and Defendant's Reply to March 17, 2014.

Respectfully submitted,

Dated: February 20, 2014

/s/ Theodore J. Westbrook
John E. Anding (P30356)
Thomas V. Hubbard (P60575)
Theodore J. Westbrook (P70834)
Drew Cooper & Anding, P.C.

                                                Attorneys for Plaintiffs
Aldrich Place, Suite 200
80 Ottawa Avenue, N.W.
Grand Rapids, MI 49503
(616) 454-8300
janding@dca-lawyers.com
thubbard@dca-lawyers.com
twestbrook@dca-lawyers.com

Dated:  February 20, 2014        /s/ Jordan B. Leader w/permission
                                                Bradley I. Ruskin
Jordan B. Leader
Proskauer Rose LLP
Attorneys for Defendant
Eleven Times Square
New York, NY 10036
(212) 969-3000
bruskin@proskauer.com
jleader@proskauer.com

## **ORDER**

IT IS SO ORDERED.

Dated: February 20, 2014        s/Robert H. Cleland
                                                Hon. Robert H. Cleland
U.S. District Court Judge

I:\JEA-Team\2696-04\PLDG\Stip-Order_reBriefingMotDismiss(120.135)