UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VENTURE GLOBAL ENGINEERING,
LLC, a Michigan limited liability company,
and THE LARRY J. WINGET LIVING
TRUST, a trust organized
under Michigan law,

    Plaintiffs,

v.

SATYAM COMPUTER SERVICES,
LTD. [n/k/a Mahindra Satyam],

    Defendant.

Case No. 2:10-cv-15142

Hon. Robert H. Cleland

Magistrate Judge Laurie J. Michelson

## ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS

Plaintiffs' Motion to File Response Brief in Excess of Page Limitation (Doc. 59) is GRANTED.

    IT IS SO ORDERED.

Dated:  February 27, 2014,

s/Robert H. Cleland
Hon. Robert H. Cleland
U.S. District Court Judge