UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Venture Global Engineering,
LLC, et al.,

                Plaintiff(s),

v.                                          Case No. 2:10−cv−15142−RHC−MJH
                                            Hon. Robert H. Cleland

Satyam Computer Services,
Ltd.,

                Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Robert H. Cleland at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 712. The following motion(s) are scheduled for hearing:

        Motion to Dismiss − #57

- MOTION HEARING: May 21, 2014 at 02:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/C Ciesla
                                                             Acting in the absence of Lisa Wagner

Dated: March 4, 2014