# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

VENTURE GLOBAL ENGINEERING, LLC, and
THE LARRY J. WINGET LIVING TRUST,

    Plaintiffs,

v.                                          Case No. 10-15142

SATYAM COMPUTER SERVICES LTD, n/k/a
MAHINDRA SATYAM,

    Defendant.
                                                 /

## NOTICE OF INTENDED APPOINTMENT OF SPECIAL MASTER

    IT IS ORDERED that the parties TAKE NOTICE that the court intends to enter the attached order appointing Professor Ved Nanda as a special master to assist the court in resolving Defendant Satyam Computer Services, Ltd.'s motion to dismiss Plaintiff's first amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), or in the alternative, to compel arbitration on **December 22, 2014.**

    IT IS FURTHER ORDERED that the parties may file objections, not to exceed five pages, by **December 19, 2014.**

                                                        s/Robert H. Cleland
                                                        ROBERT H. CLELAND
                                                        UNITED STATES DISTRICT JUDGE

Dated: December 11, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 11, 2014, by electronic and/or ordinary mail.

    s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522